**Stephanie GREY–SWABY, Plaintiff—Appellant,**

v.

**PITT COUNTY MEMORIAL HOSPITAL, Defendant— Appellee.**

No. 05–1312.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 22, 2005.

Decided Sept. 8, 2005.

Stephanie Grey–Swaby, Appellant Pro Se. Walter Gregory Merritt, Harris,

Creech, Ward & Blackerby, New Bern, North Carolina, for Appellee.

Before MICHAEL, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephanie Grey–Swaby appeals the district court's order dismissing her action for lack of subject matter jurisdiction under Fed.R.Civ.P. 12(b)(1) because both parties are citizens of North Carolina and she failed to allege any basis for federal jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Grey–Swaby v. Pitt County Mem'l Hosp.,* No. CA–04–101–A (Jan. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*